**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LADRECO HOWARD**                                                                                   **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 2:18-CV-147-KS-MTP**

**THE CITY OF HATTIESBURG**                                                                          **DEFENDANT**

**ORDER**

On August 29, 2018, the Magistrate Judge entered his Report and Recommendation [4] in this matter, recommending that the Court deny the Plaintiff's Motion for Leave to Proceed *in forma pauperis* [2]. Objections were due September 12, 2018. Plaintiff filed no objection to the Report and Recommendation.

As required by 28 U.S.C. § 636(b)(1), the Court has conducted an independent review of the entire record and has concluded that the Report and Recommendation [4] is an accurate statement of the record thus far. The Court clearly warned Plaintiff that failure to complete the long form application could result in the denial of his Motion, yet Plaintiff has failed to file the appropriate form for evaluation of his financial status. Therefore, the Court accepts, approves, and adopts the factual findings and legal conclusions contained in the Report and Recommendation entered by United States Magistrate Judge Michael T. Parker pursuant to 28 U.S.C. § 636(b)(1).

It is hereby ORDERED that the Motion for Leave to Proceed *in forma pauperis* [2] is **denied.** Plaintiff shall have ten (10) days from the date of this Order to pay all costs associated with the filing of this lawsuit. Should Plaintiff fail to pay all such costs, this matter will be

dismissed without prejudice and without further notice.

SO ORDERED AND ADJUDGED this 17th day of September, 2018.

                                                /s/ Keith Starrett_____
                                                KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE